# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC -6 2011

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

CHRISTIAN CARDEL LEDFORD (2)

                    Defendant.

CASE NO. 11CR5186-JLS

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an indictment has been filed in case #11CR5547-JLS against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) as charged in the Information:

        21:952 AND 960; 18:2 _____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: DECEMBER 6, 2011

                                        _____
                                        Bernard G. Skomal
                                        U.S. Magistrate Judge